NOTE: This order is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**DOMINION RESOURCES, INC.,
DOMINION NUCLEAR CONNECTICUT, INC.,
and VIRGINIA ELECTRIC AND POWER
COMPANY,**

*Plaintiffs-Appellees,*

v.

**UNITED STATES,**

*Defendant-Appellant.*

---

2009-5031, -5032

---

Appeals from the United States Court of Federal Claims in case nos. 04-CV-083 and 04-CV-084, Senior Judge Eric G. Bruggink.

---

## ON MOTION

---

## ORDER

The United States moves for a 15-day extension of time, until September 14, 2010, to file its reply brief,

Upon consideration thereof,

IT IS ORDERED THAT:

The motion is granted.

FOR THE COURT

AUG 2 7 2010
_____
Date

/s/ Jan Horbaly
Jan Horbaly
Clerk

cc: Arnold Bradley Fagg, Esq.
Lisa L. Donahue, Esq.

s21

FILED
U.S. COURT OF APPEALS FOR
THE FEDERAL CIRCUIT

AUG 2 7 2010

JAN HORBALY
CLERK